JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-10-14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY MARTIN TORELLI,

    Petitioner,

vs.

LOS ANGELES STATE POLICE, et al.,

    Respondents.

Case No. CV 14-6700-DMG (RNB)

**J U D G M E N T**

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus without Prejudice filed herein,

    IT IS HEREBY ADJUDGED that the Petition is summarily dismissed without prejudice.

DATED: October 7, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE